

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2014

No. 04-14-00363-CV

Augustine **NWABUISHI**, Rose Nwabuishi, Resource Health Services, Inc dba Resource Home Health Services, Inc. and Resource Care Corp.,
Appellants

v.

Dana D. **MOHAMMADI**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05341
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

The Appellant's Third Motion for Extension of Time to File Brief is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court